[No. 76026-2-I. Division One. January 17, 2017.]

LISA K. JOHNSON, *Respondent*, v. LIBERTY MUTUAL INSURANCE COMPANY, *Appellant*, THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-2-12062-7, Vicki L. Hogan, J., entered October 16, 2015. *Reversed* and *remanded* by unpublished opinion per Leach, J., concurred in by Appelwick and Spearman, JJ.

[No. 76027-1-I. Division One. January 17, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH ALLEN CLARK, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-1-03081-1, Kathryn J. Nelson, J., entered September 25, 2015. *Affirmed in part*, *reversed in part*, and *remanded with instructions* by unpublished opinion per Leach, J., concurred in by Appelwick and Spearman, JJ.

[No. 76028-9-I. Division One. January 17, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD ARNOLD LANE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-01198-4, Elizabeth P. Martin, J., entered October 22, 2015. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Verellen, C.J., and Trickey, J.

[No. 76031-9-I. Division One. January 17, 2017.]

SARA MONTE ET AL., *Appellants*, v. CLARK COUNTY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 15-2-02631-7, David E. Gregerson, J., entered April 15, 2016. *Reversed* by unpublished opinion per Mann, J., concurred in by Becker and Appelwick, JJ.